1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6

7   ARTHUR T.,                              Case No. 21-cv-09864-JST
8              Plaintiff,
                                            **ORDER VACATING AND**
9       v.                                  **REMANDING DENIAL OF BENEFITS**
10  KILOLO KIJAKAZI,                        Re: ECF No. 25
             Defendant.
11
12

13          Before the Court are the order and mandate of the Ninth Circuit Court of Appeals.  ECF

14  Nos. 25, 26.  On August 10, 2023, this Court issued an order affirming the final decision of

15  Defendant Kilolo Kijakazi ("Commissioner"), ECF No. 20, and entered judgment, ECF No. 21.

16  Plaintiff appealed.  *See* ECF No. 23.

17          At the Ninth Circuit, the parties filed a joint motion to vacate and remand.  *See* ECF No.

18  25.  On March 1, 2024, the Ninth Circuit granted the joint motion, vacated this Court's August 10,

19  2023 order, and remanded the case to this Court with instructions to "enter judgment and remand

20  the case for further administrative proceedings."  ECF No. 25.  The Ninth Circuit issued its

21  mandate on the same day.  ECF No. 26.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

United States District Court
Northern District of California

In accordance with the Ninth Circuit's order and mandate, the Commissioner's final decision is VACATED, and this case is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  The Clerk shall enter judgment.  Plaintiff's pending motion for leave to appeal in forma pauperis, ECF No. 22, is DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 12, 2024

_____
JON S. TIGAR
United States District Judge